IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**          ) | |
| ) | **4:09CR3103** |
| **Plaintiff,**          ) | |
| ) | **ORDER** |
| vs.          ) | |
| ) | |
| **JEFFREY LAWRENCE JONES,**          ) | |
| ) | |
| **Defendant.**          ) | |

Defendant's motion to continue (Filing No. 39) is granted.

**IT IS ORDERED** that the Change of Plea hearing is continued to **December 16, 2009** at **2:30 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **December 10, 2009** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 10th day of December, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge