IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:09CR3103 |
| vs. | |
| JEFFREY LAWRENCE JONES, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Dispositional Hearing (filing 173) is granted.

2. Defendant Jeffrey Lawrence Jones' violation of supervised release hearing is continued to October 30, 2019, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 21st day of August, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge